FRANK DIBENEDETTO v. VERSATILE CONCRETE COMPANY.

September 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RANDOLPH WILLIAMS.

September 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES CONSENTINO.

September 23, 1985.

Petition for certification denied.